UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| WORD OF LIFE CHURCH OF EL PASO and TOM BROWN, | § § § § § | |
| *Plaintiffs,* | § § | |
| v. | § | EP-17-CV-00049-DCG |
| STATE FARM LLOYDS, | § § § | |
| *Defendant.* | § § | |

# FINAL JUDGMENT

In accordance with the Order issued this date in this action, the Court hereby enters, pursuant to Federal Rule of Civil Procedure 58, its Final Judgment disposing of this action in its entirety. There being no just cause for delay, this is a **FINAL** and **APPEALABLE** judgment.

**IT IS ORDERED** that Plaintiffs Word of Life Church of El Paso and Tom Brown's claims against State Farm Lloyds are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that each side shall bear its own attorney's fees and costs.

**IT IS MOREOVER ORDERED** that all pending motions, if any, are denied as **MOOT** and the Clerk of Court **SHALL CLOSE** this matter.

So ORDERED and SIGNED this 4th day of January 2018.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE