UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| WORD OF LIFE CHURCH OF EL PASO, and TOM BROWN, | § § § § | |
| Plaintiffs, | § § | EP-17-CV-00049-DCG |
| v. | § § § | |
| STATE FARM LLOYDS, | § § | |
| Defendant. | § § § § | |

### ORDER DISMISSING CASE

On September 13, 2019, the parties in the above-captioned case filed an "Stipulation of Dismissal" (ECF No. 75) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). In view thereof, the Court enters the following orders:

**IT IS ORDERED** that all claims asserted by Plaintiffs Word of Life Church of El Paso and Tom Brown against Defendant State Farm Lloyds in the above-captioned case are **DISMISSED WITH PREJUDICE.**

**IT IS MOREOVER ORDERED** that the District Clerk shall **CLOSE** this case.

So ORDERED and SIGNED this 16th day of September 2019.

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE